NDFL Prob 35                                                                 Report and Order Terminating
(1/92)                                                                          Supervised Release
                                                                                          Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                                 Dkt. No. 1:03CR2-001

DONALD WADE HODGE

      On December 30, 2004, Donald Wade Hodge was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that he be discharged from Probation.

                                                                 Respectfully submitted,

                                                                 Edward A. Emery
                                                                 Sr. U. S. Probation Officer

### ORDER OF THE COURT

      Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 21ST day of July, 20 08.

                                                                 Maurice M. Paul
                                                                 Senior United States District Judge